UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gloria Bell<br>1524 F St. N.E., Apt. A1<br>Washington, DC 20002,<br><br>AND<br><br>Margaret Elbert<br>3404 Dodge Park Rd # 201<br>Landover, MD 20785-2011,<br><br>AND<br><br>Suzette Hampton<br>8108 Phelps Pl<br>Forestville, MD 20744,<br><br>collectively,<br><br>       Plaintiffs,<br><br>   vs.<br><br>KFC Corporation,<br>1441 Gardiner Lane<br>Louisville, KY 40213<br>       Defendant. | Case No: 1:07-cv-1016<br><br>MOTION TO APPEAR<br>PRO HAC VICE |

Gregory K. McGillivary of Woodley & McGillivary L.L.C., a member of this Court, respectfully moves for the admission *pro hac vice* of Donald Harold Nichols, Paul Joseph Lukas, and Michele Renee Fisher for the purpose of entering appearances on behalf of the Plaintiffs in the above-captioned case. In support of this motion, undersigned counsel states as follows:

    1.    I am a member in good standing of the bar of this Court, and have signed the Complaint in the above-captioned matter.

2.	I move for the admission *pro hac vice* of Donald H. Nichols, Paul J. Lukas, and Michele R. Fisher of the law firm of Nichols Kaster & Anderson, PLLP, to appear before this Court as co-counsel of record and to participate in all proceedings.

3.	As evidenced by the attached Affidavits, Donald H. Nichols, Paul J. Lukas, and Michele R. Fisher are members in good standing in each State Bar where they are admitted to practice. There are no disciplinary proceedings pending against them as members of the bar in any jurisdiction and counsel is familiar with the local rules of this Court.

4.	Donald H. Nichols, Paul J. Lukas, and Michele R. Fisher have not been admitted pro hac vice in this Court within the last two years.

WHEREFORE, undersigned counsel respectfully requests that this Court grant leave for Donald H. Nichols, Paul J. Lukas, and Michele R. Fisher to appear before the Court in this matter *pro hac vice*.

Respectfully submitted,

_____
WOODLEY & MCGILLIVARY
Gregory K. McGillivary, DC Bar No. 11029
Molly A. Elkin, DC Bar No. 450295
David W. Ricksecker, DC Bar No. 483019
1125 15th Street, NW, Suite 400
Washington, DC 20005
Telephone (202) 833-8855
Facsimile (202) 452-1090

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gloria Bell<br>1524 F St. N.E., Apt. A1<br>Washington, DC 20002,<br><br>AND<br><br>Margaret Elbert<br>3404 Dodge Park Rd # 201<br>Landover, MD 20785-2011,<br><br>AND<br><br>Suzette Hampton<br>8108 Phelps Pl<br>Forestville, MD 20744,<br><br>collectively,<br><br>      Plaintiffs,<br><br>vs.<br><br>KFC Corporation,<br>1441 Gardiner Lane<br>Louisville, KY 40213<br>      Defendant. | Case No: 1:07-cv-1016<br><br>ORDER ON<br>MOTION TO APPEAR<br>PRO HAC VICE |

This matter having come before the Court on a motion of Plaintiffs, for Admission Pro Hac Vice of Donald H. Nichols, Paul J. Lukas, and Michele R. Fisher, and the Court having considered the arguments and papers submitted herein, and for good cause shown;

IT IS on this ____ day of June 2007,

ORDERED that Plaintiffs' Motion for Admission Pro Hac Vice to Donald H. Nichols, Paul J. Lukas, and Michele R. Fisher is hereby GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE

## Certificate of Service

This Certifies that copies of the foregoing Motion to Appear Pro Hac Vice were sent via regular mail this 13th day of June 2007 to Counsel of Record:

Mr. Robert Davis
Mr. Robert Varnell
MAYER, BROWN, ROWE & MAW
1909 K Street, NW
Washington, DC 20006

s/Gregory McGillivary
Gregory McGillivary
Counsel for Plaintiffs