| | |
|---|---|
| Gloria Bell<br>1524 F St. N.E., Apt. A1<br>Washington, DC  20002,<br><br>AND<br><br>Margaret Elbert<br>3404 Dodge Park Rd # 201<br>Landover, MD  20785-2011,<br><br>AND<br><br>Suzette Hampton<br>8108 Phelps Pl<br>Forestville, MD  20744,<br><br>collectively,<br>       Plaintiffs,<br><br>vs.<br><br>KFC Corporation,<br>1441 Gardiner Lane<br>Louisville, KY  40213<br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 1:07-cv-1016<br>)<br>)<br>)  ERRATA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    I inadvertently filed the Pro Hac Vice Motions for Donald H. Nichols, Paul J. Lucas, and Michele R. Fisher without the required affidavits. They are now attached to this document.

                                      Respectfully submitted,

                                      s/ Molly A. Elkin___

## AFFIDAVIT OF MICHELE R. FISHER

STATE OF MINNESOTA )
                   )ss
COUNTY OF HENNEPIN )

Michele R. Fisher, being duly sworn, states as follows:

1. I hereby file this affidavit in support of the Motion for *Pro Hac Vice* admission made on my behalf.

2. I am an attorney admitted to practice before the Minnesota Supreme Court, the United States District Court for the District of Minnesota, the United States Court of Appeals to the Eighth Circuit, and the United States District Court for the District of Colorado

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

FURTHER YOUR AFFIANT SAYETH NOT.

Date: 6-12-07

_____
Michele R. Fisher

Subscribed and sworn to before me
12th day of June, 2007.

_____
Notary Public



AMY JOHNSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

## AFFIDAVIT OF DONALD H. NICHOLS

STATE OF MINNESOTA    )
                      )ss
COUNTY OF HENNEPIN    )

Donald H. Nichols, being duly sworn, states as follows:

1. I hereby file this affidavit in support of the Motion for *Pro Hac Vice* admission made on my behalf.

2. I am an attorney admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Eighth Circuit, the Minnesota Supreme Court, the United States District Court for the District of Minnesota, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Wisconsin, the United States District Court for the Western District of Michigan, and the United States District Court for the District of Colorado.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

FURTHER YOUR AFFIANT SAYETH NOT.

Date: 6/12/07

_____
Donald H. Nichols

Subscribed and sworn to before me
12th day of June, 2007.

_____
Notary Public


AMY JOHNSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan 31, 2010

## AFFIDAVIT OF PAUL J. LUKAS

STATE OF MINNESOTA )
                                         )ss
COUNTY OF HENNEPIN )

Paul J. Lukas, being duly sworn, states as follows:

1.  I hereby file this affidavit in support of the Motion for *Pro Hac Vice* admission made on my behalf.

2.  I am an attorney admitted to practice before the United States Court of Appeals for the Eighth Circuit, the Minnesota Supreme Court, the United States District Court for the District of Minnesota, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Wisconsin, the United States District Court for the Western District of Michigan, and the United States District Court for the District of Colorado.

2.  I am a member in good standing in every jurisdiction where I have been admitted to practice.

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Columbia.

FURTHER YOUR AFFIANT SAYETH NOT.

Date: 6/12/07

Paul J. Lukas

Subscribed and sworn to before me
12th day of June, 2007.

Notary Public


AMY JOHNSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010