AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Gloria Bell, et al.,

**SUMMONS IN A CIVIL CASE**

V.

KFC Corporation

CASE NI
Case: 1:07-cv-01016
Assigned To : Leon, Richard J.
Assign. Date : 6/6/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

KFC CORPORATION
Agent of Service for KFC Corporation
CT Corporation System
Kentucky Home Life Building
239 S. 5th Street
Louisville, KY 40202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory K. McGillivary
Molly A. Elkin
David W. Ricksecker
WOODLEY & MCGILLIVARY
1125 15th Street NW Suite 400
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JUN - 6 2007

CLERK                                    DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 6-11-07 @ 1:50 PM |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ * | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Phyllis Sabol | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Matt Redfield, Agent, authorized to accept Service was completed at 239 South 5th Street, Louisville, KY 40202

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/11/07
                Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

* Notice of Right to Consent to Trial Before United States Magistrate Judge and Exhibit A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.