UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Gloria Bell,
1524 F St. NE, Apt. A1
Washington, DC 20002          Case No.: 1:07-cv-01016-RJL
and

Margaret Elbert,
3404 Dodge Park Rd #201
Landover, MD 20785-2011
and

Suzette Hampton
8108 Phelps Pl
Forestville, MD 20744,


collectively,


        Plaintiffs,

vs.

KFC Corporation,
1441 Gardiner Lane
Louisville, KY 40213

        Defendant.


**NOTICE OF NAME CHANGE**

Please take notice that, effective September 1, 2007, the name of Defendant's counsel MAYER, BROWN, ROWE & MAW LLP will change to:

MAYER BROWN LLP

The office address remains:

1909 K. Street, N.W.
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 (fax)

Counsel's email addresses will change from mayerbrownrowe.com to mayerbrown.com.

Kindly use the new firm name in all pleadings, correspondence, and other documents after August 31, 2007.

Respectfully submitted,

Dated:  August 31, 2007                    MAYER, BROWN, ROWE & MAW LLP


                                           /s/ Mark W. Ryan
                                           *Attorney for Defendant*

                                           Mark W. Ryan, DC Bar No. 359098
                                           Robert P. Davis, DC Bar No. 334235
                                           MAYER, BROWN, ROWE & MAW LLP
                                           1909 K Street N.W.
                                           Washington, D.C.  20006
                                           Telephone:  (202) 263-3000

## **CERTIFICATE OF SERVICE**

I, Mark W. Ryan, do hereby certify that I have on this 31 day of August, 2007, caused true and correct copies of the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Gregory K. McGillivary
Molly Ann Elkin
1125 15th Street, NW
Suite 400
Washington, DC 20005

and

Donald H. Nichols
Paul J. Lukas
Michelle R. Fisher
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402

      /s/ Mark W. Ryan
Mark W. Ryan
MAYER, BROWN, ROWE & MAW LLP
1909 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000