UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Gloria Bell,
1524 F St. NE, Apt. A1
Washington, DC 20002          Case No.: 1:07-cv-01016-RJL
and

Margaret Elbert,
3404 Dodge Park Rd #201
Landover, MD 20785-2011
and

Suzette Hampton
8108 Phelps Pl
Forestville, MD 20744,

collectively,

          Plaintiffs,

vs.

KFC Corporation,
1441 Gardiner Lane
Louisville, KY 40213

          Defendant.

### NOTICE OF TRANSFER OF ACTION

Please take notice that, on January 3, 2008, the Judicial Panel on Multidistrict Litigation issued an order transferring the above-titled action to the District of Minnesota for coordinated or consolidated pretrial proceedings. Pursuant to the Rules of Procedure of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407, this Court will receive a certified copy of the transfer order from the clerk of the District of Minnesota

2

for purposes of effectuating the transfer of files to that District. For the convenience of the Court, a copy of the transfer order is being submitted along with this Notice.

Dated: January 7, 2008

/s/ Mark W. Ryan
*Attorney for Defendant*

Mark W. Ryan, DC Bar No. 359098
Robert P. Davis, DC Bar No. 334235
MAYER BROWN LLP
1909 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Fax: (202) 263-3300

mryan@mayerbrown.com

## CERTIFICATE OF SERVICE

I, Mark W. Ryan, do hereby certify that I have on January 7, 2008, caused true and correct copies of the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Gregory K. McGillivary
Molly Ann Elkin
1125 15th Street, NW
Suite 400
Washington, DC 20005

and

Donald H. Nichols
Paul J. Lukas
Michelle R. Fisher
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402

    /s/ Mark W. Ryan
Mark W. Ryan, DC Bar No. 359098
MAYER BROWN LLP
1909 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Fax: (202) 263-3300
mryan@mayerbrown.com

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| UNITED STATES JUDICIAL PANEL<br>on<br>MULTIDISTRICT LITIGATION | Jan 03, 2008<br>FILED<br>CLERK'S OFFICE |

IN RE: KFC CORP. FAIR LABOR
STANDARDS ACT LITIGATION                                                MDL No. 1892

**TRANSFER ORDER**

    **Before the entire Panel**[*]: Common defendant KFC Corp. (KFC) has moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the District of Minnesota. Plaintiffs in all actions oppose the motion.

    This litigation currently consists of 28 actions listed on Schedule A and pending in 27 districts as follows: two actions in the District of Minnesota and one action each in 26 other districts throughout the nation.

    After considering all argument of counsel, we find that these 28 actions involve common questions of fact, and that centralization under Section 1407 in the District of Minnesota will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share factual questions arising out of similar allegations that KFC assistant unit managers are entitled to overtime compensation under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, and analogous state laws. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, including those with respect to certification of collective and class actions; and conserve the resources of the parties, their counsel and the judiciary.

    Objecting plaintiffs assert that centralization under Section 1407 is unnecessary because, *inter alia*, most of the discovery required in the actions has already been completed. We respectfully disagree. Discovery and motion practice with respect to the common factual questions regarding the propriety of KFC's employment practices and compliance with the FLSA and related state laws remains. Centralization under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that ensures streamlined resolution of all actions to the overall benefit of the parties and the judiciary.

    We are persuaded that the District of Minnesota is an appropriate transferee forum for this litigation. All actions now before the Panel arise from the decertification of a conditionally certified nationwide collective action filed in the District of Minnesota *Parler* action, which has been pending

---

[*] Judges Motz and Scirica did not participate in the disposition of this matter.

-2-

for over two years.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of Minnesota are transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable David S. Doty for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

    PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| D. Lowell Jensen | J. Frederick Motz[*] |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica[*] |

IN RE: KFC CORP. FAIR LABOR STANDARDS
ACT LITIGATION                                                                           MDL No. 1892

## SCHEDULE A

### Middle District of Alabama

Victoria Poole, et al. v. KFC Corp., C.A. No. 2:07-502

### District of Arizona

Linda Alberico Pelland, et al. v. KFC Corp., C.A. No. 2:07-1110

### District of Connecticut

Armando Amador v. KFC Corp., C.A. No. 3:07-883

### District of Delaware

James Prestigiacomo, et al. v. KFC Corp., C.A. No. 1:07-353

### District of District of Columbia

Gloria Bell, et al. v. KFC Corp., C.A. No. 1:07-1016

### Middle District of Florida

Mark Bourlotos, et al. v. KFC Corp., C.A. No. 8:07-968

### Northern District of Georgia

Constance Wilson, et al. v. KFC Corp., C.A. No. 1:07-1538

### Northern District of Illinois

Talia Pippion, et al. v. KFC Corp., C.A. No. 1:07-3957

### Southern District of Indiana

Vickie Aldridge, et al. v. KFC Corp., C.A. No. 4:07-77

### Western District of Kentucky

Karen Black, et al. v. KFC Corp., C.A. No. 3:07-312

- A2 -

**MDL No. 1892 Schedule A (Continued)**

       Middle District of Louisiana

Tanya Ford, et al. v. KFC Corp., C.A. No. 3:07-390

       District of Maryland

Gloria Dozier, et al. v. KFC Corp., C.A. No. 8:07-1517

       District of Massachusetts

Francisco Anacleto, et al. v. KFC Corp., C.A. No. 1:07-11066

       Eastern District of Michigan

Minnie Ballard, et al. v. KFC Corp., C.A. No. 2:07-12538

       District of Minnesota

Christian Parler, et al. v. KFC Corp., C.A. No. 0:05-2198
Ray Ackerman, et al. v. KFC Corp., C.A. No. 0:07-2656

       Western District of Missouri

Jason Johnson v. KFC Corp., C.A. No. 4:07-416

       District of Nevada

Arturo Neyra, et al. v. KFC Corp., C.A. No. 2:07-795

       District of New Jersey

Robert Gruber, et al. v. KFC Corp., C.A. No. 1:07-2775

       Southern District of New York

David Thames, et al. v. KFC Corp., C.A. No. 1:07-6836

       Western District of North Carolina

Nikkia Barkley, et al. v. KFC Corp., C.A. No. 3:07-226

- A3 -

**MDL No. 1892 Schedule A (Continued)**

        Southern District of Ohio

Thomas Wellman, et al. v. KFC Corp., C.A. No. 1:07-439

        Western District of Oklahoma

Grahm Baccus, et al. v. KFC Corp., C.A. No. 5:07-648

        Eastern District of Pennsylvania

Troy Williams, et al. v. KFC Corp., C.A. No. 2:07-2920

        Eastern District of Tennessee

Kimberlee Bosworth v. KFC Corp., C.A. No. 1:07-131

        Western District of Texas

Claudio Hernandez, et al. v. KFC Corp., C.A. No. 3:07-201

        Eastern District of Virginia

Sebrina Dandrige, et al. v. KFC Corp., et al., C.A. No. 3:07-332

        Northern District of West Virginia

Hope Jones, et al. v. KFC Corp., C.A. No. 3:07-74