# United States District Court
## District of Minnesota
Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

RICHARD D SLETTEN, CLERK
(612) 664-5000

January 11, 2008

Ms. Nancy Mayer-Whittington, Clerk
United States District Court
1130 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

In re:  MDL-1892 -- In re: KFC Corp. Fair Labor Standards Act Litigation
        YOUR CASE NUMBER: C.A. No. 1:07-1016 Bell et al. v. KFC Corp.   RJL
        DISTRICT OF MINNESOTA CASE NUMBER:   08cv100 DSD/JJG

Dear Clerk:

An certified copy of transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on January 3, 2008.   Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota. The cases are assigned to Judge David S. Doty and Magistrate Judge Jeanne J. Graham for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court on all correspondence or communications.

Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Communications regarding these actions should be directed to Ms. Mary Kaye Conery  or Ms. Lou Jean Gleason  at (612) 664-5000. Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

Jackie Ellingson, Deputy Clerk

Enclosure

cc:  Judge David S. Doty
     Judicial Panel on Multidistrict Litigation